IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

WILLIE C. LOTT, INDIVIDUALLY AND AS
ADMINISTRATRIX OF THE ESTATE OF WADE
LOTT, FOR THE USE AND BENEFIT OF THE
ESTATE AND WRONGFUL DEATH BENEFICIARIES
OF WADE LOTT                                                                                          PLAINTIFF

V.                                                                              CIVIL ACTION NO. 3:03CV75-B-D

NATIONAL HERITAGE REALTY, INC.;
EVERGREEN HEALTHCARE, INC.;
GRANCARE, L.L.C.; MARINER HEALTH
CARE, INC.; J.D. LEE; GEORGE D. MORGAN;
DOLORES R. GOODE; JOHN DOES 1 THROUGH 10;
AND UNIDENTIFIED ENTITIES 1 THROUGH 10
[AS TO GRENADA HEALTH AND REHABILITATION CENTER]         DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the plaintiff's renewed motion to remand is **GRANTED**, and this case is remanded to the court from which it came.

This, the 25th day of July, 2005.

/s/ Neal Biggers
_____
**NEAL B. BIGGERS, JR.
SENIOR U.S. DISTRICT JUDGE**